# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-24-231-D ) |
| MICHAEL DESHAWN MASON, a/k/a ASAP, a/k/a ASAP48, | ) ) ) ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

Before the Court is the government's Motion for a Final Order of Forfeiture [Doc. No. 40]. The Court makes the following determinations:

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and FED. R. CRIM. P. 32.2(b)(2), this Court entered a Preliminary Order of Forfeiture [Doc. No. 24], providing for the forfeiture of Defendant's right, title and interest in the below-described property based on his plea of guilty and the Court's finding of a requisite nexus between the property and the offense committed by Defendant.

The Preliminary Order identified the following property as subject to forfeiture:

1. a machinegun conversion device; and

2. any and all ammunition and magazines not specifically listed.

*Id.*

The Court's Order further directed the United States to provide notice to any persons known to assert an interest, as well as publish notice stating the intent of the United States

to dispose of the property in accordance with the law, and further notify all third parties of their right to petition the Court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice of this forfeiture and the requirements for filing a claim for the property was published on the government's website at www.forfeiture.gov for 30 consecutive days beginning on March 13, 2025, and ending on April 11, 2025, for at least 18 hours per day [Doc. No. 40-1].

A copy of the Preliminary Order of Forfeiture was also provided to the following parties:

1. Henry A. Meyer, III, Attorney for Defendant Michael Deshawn Mason, by Notice of Electronic Filing on September 3, 2024 [Doc. No. 24]; and

2. Defendant Michael Deshawn Mason, c/o Grady County Jail, by certified mail, receipt number 7022 3330 0001 1789 2338 [Doc. No. 40-2].

It appears from the record that no third party made any claim to or declared any interest in the above-described forfeited property as required by the ancillary provision of 21 U.S.C. § 853(n). Therefore, any third-party interests are barred by failure of those parties to file a petition.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, free and clear of the claims of any person, including Defendant Michael Deshawn Mason, and shall be disposed of according to law.

Further, the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to dispose of the property according to law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

**IT IS SO ORDERED** this 24th day of December, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge